**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT GREG GALLAGHER, | ) | |
| BETTY FRANKLIN, | ) | 3:08-cv-00055-ECR-VPC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CRYSTAL BAY CASINO, LLC, | ) | |
| ROGER WILLIAM NORMAN, | ) | |
| VENTRCEK ADVERTISING DESIGN, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants' Motion to Dismiss (#96) State Law Claims for Lack of Subject Matter Jurisdiction is **GRANTED**. Plaintiff(#99) does not oppose the Motion.

Dated this 1st day of September 2011.

_____
EDWARD C. REED
Senior United States District Judge