**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

```
ROBERT GREG GALLAGHER,     )
BETTY FRANKLIN,            )    3:08-cv-00055-ECR-VPC
                           )
     Plaintiffs,           )
                           )
vs.                        )    ORDER
                           )
CRYSTAL BAY CASINO, LLC,   )
ROGER WILLIAM NORMAN,      )
VENTRCEK ADVERTISING DESIGN,)
                           )
     Defendants.           )
_____)
```

Plaintiff's Motion in Limine #94 filed on August 15, 2011, is **GRANTED** as follows:

1. Plaintiffs' motion to exclude evidence at trial of Plaintiff Robert Greg Gallagher's prior felony conviction is **GRANTED**, unless Plaintiffs open the door to such evidence during the trial, and Defendants satisfy the requirements of Fed. R. Evid. 609(b) for admission of the time limited evidence.

2. Plaintiffs' motion to exclude at trial exhibits Defendants' Exhibit D 508 (a newspaper article about Mr. Gallagher) and Defendants' Exhibit D 509 (a civil judgment entered against Mr. Gallagher in Oregon) is **GRANTED**. However, this order is entered subject to the following conditions. The Court has not had an

opportunity to examine the article or judgment.  Neither of these documents appears to be admissible as such.  They are hearsay not subject to any disclosed exception.  If the article or judgment reveal specific instances of conduct with respect to Mr. Gallagher's character for truthfulness, he may be examined concerning such conduct on cross examination if he testifies as a witness at trial.  Also a character witness for Mr. Gallagher may also be cross-examined as to such conduct of Mr. Gallagher at trial.

Prior to presentation of such testimony at the trial, Defendants shall request a sidebar conference so that the Court may examine such documents and counsel may be heard.  The alleged false representations by Defendants regarding Elvis Presley memorabilia do appear tentatively to refer to character for untruthfulness.  A false promise to repay a bank loan could raise issues for the Court to consider.

Dated this 2nd day of September 2011.

_____
EDWARD C. REED
Senior United States District Judge

2