**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

```
ROBERT GREG GALLAGHER,      )
BETTY FRANKLIN,             )     3:08-cv-00055-ECR-VPC
                            )
    Plaintiffs,             )
                            )
vs.                         )     ORDER
                            )
CRYSTAL BAY CASINO, LLC,    )
ROGER WILLIAM NORMAN,       )
VENTRCEK ADVERTISING DESIGN,)
                            )
    Defendants.             )
_____)
```

   IT IS HEREBY ORDERED that a hearing is set for Friday, September 9, 2011, at 1:30 p.m. for the Court to consider the admission of evidence for trial and to make rulings thereon as can be reasonably be done pretrial.

   Dated this 6th day of September 2011.

_____
EDWARD C. REED
Senior United States District Judge