**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

```
ROBERT GREG GALLAGHER,        )
BETTY FRANKLIN,               )    3:08-cv-00055-ECR-VPC
                              )
     Plaintiffs,              )
                              )
vs.                           )    ORDER
                              )
CRYSTAL BAY CASINO, LLC,      )
ROGER WILLIAM NORMAN,         )
VENTRCEK ADVERTISING DESIGN,  )
                              )
     Defendants.              )
_____)
```

IT IS HEREBY ORDERED that a hearing is set for Friday, September 9, 2011, at 1:30 p.m. for the Court to consider the admission of evidence for trial and to make rulings thereon as can be reasonably be done pretrial.

Dated this 6th day of September 2011.

_____
EDWARD C. REED
Senior United States District Judge