**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GREG GALLAGHER, ) | |
| BETTY FRANKLIN, ) | 3:08-cv-00055-ECR-VPC |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | MINUTE ORDER |
| ) | |
| CRYSTAL BAY CASINO, LLC, ) | |
| ROGER WILLIAM NORMAN, ) | DATE:   September 7, 2011 |
| VENTRCEK ADVERTISING DESIGN, ) | |
| ) | |
| Defendants. ) | |

PRESENT:      EDWARD C. REED, JR.     U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN     Reporter:  NONE APPEARING

Counsel for Plaintiff(s)   NONE APPEARING

Counsel for Defendant(s)   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

Defendants' Request to Review Jury Information (#105) filed September 6, 2011, is **GRANTED**.

                                    LANCE S. WILSON, CLERK


                                    By      /s/
                                        Deputy Clerk