**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GREG GALLAGHER, ) <br> BETTY FRANKLIN,          ) <br>                           ) <br>     Plaintiffs,          ) <br>                           ) <br> vs.                       ) <br>                           ) <br> CRYSTAL BAY CASINO, LLC,  ) <br> ROGER WILLIAM NORMAN,     ) <br> VENTRCEK ADVERTISING DESIGN, ) <br>                           ) <br>     Defendants.          ) <br> _____) | 3:08-cv-00055-ECR-VPC <br><br><br><br> MINUTE ORDER <br><br> DATE: September 7, 2011 |

PRESENT:      EDWARD C. REED, JR.      U. S. DISTRICT JUDGE

Deputy Clerk: COLLEEN LARSEN      Reporter: NONE APPEARING

Counsel for Plaintiff(s)   NONE APPEARING

Counsel for Defendant(s)   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

   Defendants' Request to Review Jury Information (#105) filed September 6, 2011, is **GRANTED**.

                              LANCE S. WILSON, CLERK


                              By      /s/
                                   Deputy Clerk